1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

A WHITE AND YELLOW CAB, INC.,

Case No.  15-cv-05163-JSW

8

Plaintiff,

9

v.

**ORDER VACATING CASE
MANAGEMENT CONFERENCE AND
CONTINUING HEARINGS**

10

UBER TECHNOLOGIES, INC., et al.,

Re: Dkt. Nos. 18, 21

11

Defendants.

12
13

The Court HEREBY VACATES the case management conference scheduled for June 10,

14

2016.  The Court shall reschedule that case management conference after it has resolved the

15

pending motions to dismiss.  The Court CONTINUES the hearing on those motions from June 10,

16

2016 to July 15, 2016 at 9:00 a.m.

17

**IT IS SO ORDERED.**

18

Dated: June 6, 2016

19
20

JEFFREY S. WHITE
United States District Judge

21
22
23
24
25
26
27
28