UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A WHITE AND YELLOW CAB, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-05163-JSW<br><br>**ORDER CONTINUING HEARING ON MOTIONS AND GRANTING REQUEST FOR LEAVE TO FILE REQUEST FOR SUPPLEMENTAL JUDICIAL NOTICE**<br><br>Re: Dkt. Nos. 18, 21, 39 |

Now before the Court for consideration are the motions to dismiss filed by Defendants, which are scheduled for hearing on July 15, 2016. Also before the Court for consideration is Plaintiff's administrative motion for leave to file a supplemental request for judicial notice. The Court grants Plaintiff's request for leave to file the supplemental request for judicial notice at Docket No. 40. Because Plaintiff has included argument about the relevance of these documents in its administrative motion, the Court will grant Defendants the opportunity to provide a response to the request, which shall be limited to the following issues: (1) any objections to the relevance of the documents; (2) any objections to the Court's ability to take judicial notice of the documents. Defendants shall file their response by no later than July 13, 2016.

The Court was tentatively inclined to vacate the hearing on the motions. However, in order to provide the Court with sufficient time to consider Defendants' responses to the supplemental request for judicial notice and to determine whether a hearing is required on the motions, the Court CONTINUES the hearings by one week to July 22, 2016 at 9:00 a.m.

//

//

//

1  If the Court finds the motions suitable for disposition without oral argument, it will advise
2  the parties in advance of the hearing date.
3  **IT IS SO ORDERED.**
4  Dated: July 11, 2016

_____
JEFFREY S. WHITE
United States District Judge