UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A WHITE AND YELLOW CAB, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC. et al.,<br><br>Defendants. | Case No. 4:15-05163-JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's ADMINISTRATIVE MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS AND TO STRIKE<br><br>Date: July 22, 2016<br>Time: 9:00 a.m.<br>Ctrm: 9<br>Judge: Hon. Jeffrey S. White<br><br>Trial Date: N/A |

Now before the Court for consideration is Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") administrative motion for leave to file a Second Supplemental Request for Judicial Notice. The Court grants Uber's administrative motion for leave to file the Second Supplemental Request for Judicial Notice at Docket No. 41. Pursuant to the parties' stipulation, the Court will grant Plaintiff and Defendants California Public Utilities Commission, Michael Picker, Michel Florio, Catherine J. K. Sandoval, Carla J. Peterman, and Liane Randolph (the "CPUC Defendants") the opportunity to provide responses to the request, which shall be limited to the following issues: (1) any objections to the relevance of the

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1008823.01/SF  -1-  [Proposed] Order Granting Uber Defendants'
Administrative Motion for Leave to File Second
Supplemental Request for Judicial Notice

1  documents; (2) any objections to the Court's ability to take judicial notice of the documents.
2  Plaintiff and the CPUC Defendants shall file their responses by no later than July 19, 2016.
3      **IT IS SO ORDERED**
4
5  Dated: July 13, 2016
6                                      JEFFREY S. WHITE
                                    United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1008823.01/SF      -2-      [Proposed] Order Granting Uber Defendants' Administrative Motion for Leave to File Second Supplemental Request for Judicial Notice