UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A WHITE AND YELLOW CAB, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 15-cv-05163-JSW<br><br>**ORDER VACATING HEARING ON MOTIONS**<br><br>Re: Dkt. Nos. 18, 21 |

Now before the Court for consideration are the motions to dismiss filed by the Defendants. The Court has considered the parties' papers, including the supplemental requests for judicial notice and the objections thereto, relevant legal authority, and the record in this case, and it finds the motions suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for July 22, 2016, and it takes the motions under submission. A written ruling will issue in due course.

**IT IS SO ORDERED.**

Dated: July 18, 2016

_____
JEFFREY S. WHITE
United States District Judge