| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
| | WStern@mofo.com |
| 2 | ANGELA E. KLEINE (CA SBN 255643) |
| | AKleine@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | AMY LAWRENCE (CA SBN 311154) |
| | AmyLawrence@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 8 | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| 9 | Facsimile: (213) 892-5454 |
| 10 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC.; |
| 11 | RASIER, LLC; and RASIER-CA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A WHITE AND YELLOW CAB, INC., | **Case No.**  4:15-05163-JSW |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF COUNSEL** |
| UBER TECHNOLOGIES, INC. et al., | Judge: Hon. Jeffrey S. White |
| Defendants. | |

NOTICE OF CHANGE OF COUNSEL
CASE NO. 4:15-05163-JSW

1  PLEASE TAKE NOTICE that Amy Lawrence of Morrison & Foerster LLP hereby
2  withdrawals as attorney of record for Defendants Uber Technologies, Inc., Rasier, LLC, and
3  Rasier-CA, LLC in the above-captioned matter, as she is leaving her employment with Morrison
4  & Foerster LLP.  Morrison & Foerster LLP will continue to represent Defendants Uber
5  Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

7  Dated:  March 2, 2018                    MORRISON & FOERSTER LLP

9                                           By:  */s/ Amy Lawrence*
10                                                Amy Lawrence

11                                                Attorneys for Defendant
                                                  UBER TECHNOLOGIES, INC.;
12                                                RASIER, LLC; and RASIER-CA, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                          */s/ Amy Lawrence*
                                          Amy Lawrence

la-1374210